MILLIE GITLIN, Respondent, *v.* DAVID STORCH, INC., Appellant.

(Submitted May 26, 1933; decided June 13, 1933.)

*Alvin R. Cowan* and *Harold M. Phillips* for appellant.
*Harry A. Gair* and *Leon Shalov* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.